**FILED**

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 04-114-08(RBW) |
| v. | : | |
| HUGHES MANUEL RODRIGUEZ-FUENTES, | : | |
| Defendant. | : | |

## ORDER

Upon motion of the United States to continue the change of plea date in the above-captioned matter, and for good cause shown, it is hereby

**ORDERED** that the change of plea date in the above-captioned matter is hereby rescheduled for _June 20_ 2008. @ 2:30pm.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

DATED: _May 15, 2008_